■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT M. HAIRSTON, Appellant.— Motion granted and time for argument of appeal enlarged to include October 1960 Term; case added to October Term Calendar; District Attorney directed to file brief on or before October 6, 1960.

■ RAYMOND A. RICHARDS, Respondent, v. STEPHEN L. MORROW, Appellant.— Appeal dismissed unless records and appellant's briefs are filed and served on or before September 29, 1960. Respondent's brief must be filed on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ SHAMROCK GAS AND OIL, INC., Respondent, v. STERLING STATIONS, INC., Appellant.— Motion granted to appeal on original record and five typewritten briefs; appeal dismissed unless original record and appellant's brief are filed on or before September 29, 1960. Respondent's brief must be filed on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ In the Matter of the Construction of the Will of TINA H. HALE, Deceased.— Motion of R. Glenn Hale, respondent-appellant, to require petitioners to accept the notice of appeal of said Hale dated August 5, 1960 and of copies of appeal undertaking and notice of filing thereof granted, with $10 costs. Cross motion of petitioners to delete certain words from the decree of the Surrogate of Monroe County of July 7, 1960 denied, with $10 costs. Memorandum: The petitioners have not directed our attention to any statute or decision authorizing the procedure followed by them of returning a notice of appeal. Neither may this court amend a decree on motion by striking therefrom a portion thereof. The proper procedure is to move before the Surrogate to resettle the decree. We pass upon no other question.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT SANTANGELO, Appellant, v. JOHN TUTUSKA, as Sheriff of the County of Erie, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.